

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2019

No. 04-19-00805-CV

**IN THE INTEREST OF S.M.W.,** a Child,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00263
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The clerk's record, which was filed in this appeal on November 27, 2019, does not contain a final order signed by the trial court. Appellant's notice of appeal states he seeks to appeal "the order of termination or conservatorship signed on *or following* November 11, 2017 [sic] by Associate Judge Charles Montemayor *or other, or the final order may not have been signed yet*."

The appellant's notice of appeal, therefore, was prematurely filed and will be "effective and deemed filed on the date of, but after, the event that begins the period for perfecting the appeal." TEX. R. APP. P. 27.1(a). Until the trial court signs a final order, however, this court does not have jurisdiction to consider this appeal. *See In re L.E.R., Jr.*, No. 04-11-00090-CV, 2011 WL 1158408, at *1 (Tex. App.—San Antonio Mar. 30, 2011, no pet.) (mem. op.) ("This court can only consider an appeal in which a final judgment or appealable order has been signed by the trial court.").

It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction without prejudice to appellant pursuing an appeal after the trial court has signed a final order.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court